1  WILFRED K. LUCAS (Full Name)

2  NAOMI LUCAS BMB109 (Address Line 1)

3  12127 MALL BLVD STE A (Address Line 2)

4  VICTORVILLE CA, 92392 (Phone Number)

5  Plaintiff in Pro Per

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                **ED CV  25 - 00762** -FLA (JDE)

11  WILFRED K LUCAS ,                )   **Case No.:** _____
                                       )        (To be supplied by the Clerk)
12              **Plaintiff,**          )
                                       )
13        **vs.**                       )   **Civil Rights Complaint Pursuant to**
                                       )   **42 U.S.C. § 1983 (non-prisoners)**
14  COUNTY OF SAN BERNARDINO            )
                                       )
15  DEPUTY JESSAQUA ATTLESEY            )   **Jury Trial Demanded:** ☐ Yes   ☐ No
                                       )
16  DEPUTY JON DOE                      )
                                       )
17  DEPUTY CEASAR TEJADA                )
                                       )
18              **Defendant(s).**       )

19

20              *(All paragraphs and pages must be numbered.)*

21                    **I. JURISDICTION**

22  1.    This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                      **II. VENUE**

26  2.    Venue is proper pursuant to 28 U.S.C. § 1391 because ALL

27  EVENTS  IN  THIS  ACTION  TOOK  PLACE

28  IN  THE  CENTRAL DISTRICT  OF  CALIFORNIA.

                              1

Pro Se Clinic Form                    *Page Number*

### III. PARTIES

3.    Plaintiff   WILFRED  K  LUCAS   resides at:
*(your full name)*

_____

_____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.    Defendant   COUNTY  OF  SAN  BERNARDINO   works at
*(full name of Defendant)*

SAN  BERNARDINO  COUNTY_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _____

_____

_____

5.    Defendant   JESSAQUA  ATTLESEY   works at
*(full name of Defendant)*

SAN  BERNARDINO  COUNTY  SHERIFFS  DEPT.
*(Defendant's place of work)*

Defendant's title or position is   DEPUTY  SHERIFF .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: THIS DEPUTY
WAS A DULY APPOINTED OFFICER ACTING AS A
SAN BERNARDINO COUNTY SHERIFFS OFFICER

2

___. Defendant CAESAR TEJADA works at
*Insert ¶ #*                  *(full name of Defendant)*

SAN BERNARDINO COUNTY SHERIFF'S DEPT.
*(Defendant's place of work)*

Defendant's title or position is DEPUTY SHERIFF .
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity               ☐ official capacity

This Defendant was acting under color of law because THIS DEPUTY WAS A DULY APPOINTED OFFICER ACTING AS A SAN BERNARDINO COUNTY SHERIFF'S DEPUTY, IN THE STATE OF CALIFORNIA.

___. Defendant DEPUTY JON DOE works at
*Insert ¶ #*                  *(full name of Defendant)*

SAN BERNARDINO COUNTY SHERIFF'S DEPUTY.
*(Defendant's place of work)*

Defendant's title or position is DEPUTY SHERIFF .
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity               ☐ official capacity

This Defendant was acting under color of law because THIS DEPUTY WAS A DULY APPOINTED OFFICER ACTING AS A SAN BERNARDINO COUNTY SHERIFF'S DEPUTY, IN THE STATE OF CALIFORNIA.

3

Pro Se Clinic Form                          *Page Number*

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. PLAINTIFF WILFRED K. LUCAS ALLEGES AND INCORPORATES ALL FACTUAL EVENTS AND STATEMENTS OF PARAGRAPHS 1 THROUGH 24, TO BE COMPLETELY TRUTHFUL AND FACTUAL HEREIN.

2. ON THE DATE OF MAY 3, 2023, DEPUTY JON DOE OF THE SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT ASSULTED ME, FALSELY ARRESTED ME, AND HUMILIATED ME BY ILLEGALLY FORCING ME TO PREFORM FEILD SOBRIETY TESTS.

3. DEPUTY JON DOE, AT APPROXIMATELY 3:30 PM WAS DISPATCHED TO JIFFY LUBE AT 15180 BEAR VALLEY RD. IN THE CITY OF VICTORVILLE, IN REFERENCE TO A DISPUTE OVER AN OIL CHANGE. WITHIN THIRTY SECONDS FROM HIS ARRIVAL DEPUTY JON DOE ASSULTED ME, STRIKING ME IN THE FACE, REMOVING MY SUN GLASSES OFF AS WELL.

4. DEPUTY JON DOE DEPRIVED ME OF MY FOURTH AND FOURTEENTH AMENDMENT RIGHTS REPEATEDLY AFTER THIS VICIOUS STRIKE TO MY FACE. THAS UNPROVOKED ATTACKED CUT THE INSIDE OF MY CHEEK WITH MY TOOTH.

5. I BEGGED DEPUTY JON DOE'S ASSISTING DEPUTY TO ARREST JON DOE FOR EXCESSIVE FORCE. I WAS TOLD THAT I WAS NOT PHYSICALLY HIT HARD ENOUGH FOR MY FOURTH AMENDMENT RIGHT TO HAVE BEEN VIOLATED

6. I WAS THAN PHYSICALLY SLAMMED ONTO, DEPUTYR JON DOE'S PATROL VEHICLE. PROMPTING HIM INTO FALSELY IMPRISONING ME FOR PAROL VIOLATION. VIOLATING MY FOURTH AND FOURTEENTH AMENDMENT RIGHTS. WHICH PROTECTS ME FROM BEING FALSELY IMPRISONED, AND FROM BEING ILLEGALLY SEARCHED AND PROPERTY ILLEGALLY SEIZED. DEPUTY JON DOE SEIZED AND STOLE MY PROPERTY.

5

7. AFTER PHYSICALLY ASULTING ME,
FALSELY IMPRISONING ME, WILLFULLY
STEALING MY PROPERTY. I WAS THAN
FORCED UNDER DURESS TO PREFORM FEILD
SOBRIETY TEST. AFTER BEING CLEARED TO DRIVE
DEPUTY JON DOE STEALS ALL MY PROP-
ERITY, LEAVING ME NO WAY TO PAY
MY BILL.

8. DISPATCH WAS INFORMED OF THIS
CRIME, AND ASKED TO PROSECUTE THIS
INDIVIDULE. DEPUTY JON DOE WAS LOCATED
AND FORCED TO RETURN MY PROPERTY.
HE DID NOT AND PROVIDED FALSE
CREDENTIALS. FALSE NAME AND BADGE
NUMBER. I TOLD HIM I WOULD BE
FILING A COMPLAINT AGAINST HIM.

9. I RETURNED TO JIFFY LUBE
TO PAY MY BILL, WHERE DEPUTY
JON DOE WAS WAITING FOR ME
TO RETURN. AS I AM WALKING
INTO THE BUILDING DEPUTY JON DOE
EXITS HIS VEHICLE. LOOKS ME IN
MY EYES AND TELLS ME HE IS
GOING TO !! KILL ME !!.

Pro Se Clinic Form

10. WHEN DEPUTY JON DOE SAID THIS, I BELIVED HE WAS DEFINITELY GOING TO FOLLOW THROUGH WITH HIS CREDIBLE THREAT TO TAKE MY LIFE. THE LOOK ON HIS FACE, THE VEINS IN HIS NECK, AND THE SERIOUSNESS IN HIS EYES TO THIS DAY GIVES ME ANXIETY. AND ON DECEMBER FIFTEENTH 2023 HE AND 4 TO 5 FELLOW DEPUTIES WOULD ATTEMPT IT.

11. ON DECEMBER FIFTEENTH, 2023 AT APPROXIMATELY 0200 HOURS. DEPUTY JESSAQUA ATTLESEY RACIALLY PROFILED ME MAKING THE STOP UNCONSTIT-UTIONAL. I IMMEDIATELY PULLED OVER IN THE WINCO GROCERY STORE LOCATED AT 15350 ROY RODGERS DR IN THE CITY OF VICTORVILLE

12. DEPUTY JESSAQUA ATTLESEY FURTHER VIOLATES MY CONSTITUTIONAL RIGHTS BY WILLFULLY AND INTENTIONALLY LIEING ABOUT THE LICENSE PLATE LIGHT BE NONE OPERATIVE. DEPUTY JESSAQUA ATTLESEY THEN BEGANS TO WILLFULLY, KNOWINGLY, AND INTENTIONALLY CREATE A ATOMOSPHERE THAT GIVES HER THE RIGHT TO SHOOT AND KILL ME.

7

13. DEPUTY JESSAQUA ATTLESEY THEN
CREATES A WIILLFULLY DANGEROUS
ATMOSPHERE BY INTENTIONALLY POINTING
THE FLOOD LIGHTS ON THE PATROL
VEHICLE, AT MY LICENSE PLATE.
THEN EXITING HER VEHICLE AND
IMMEDIATELY TRYING TO GAIN ACCESS
TO MY VEHICLE UNLAWFULLY, WITH NO
FLASH LIGHT.

14. DEPUTY JESSAQUA HAS BROKEN
FIVE LAWS OF WHICH THREE ARE
DIRECT VIOLATION OF MY CONSTITUTIONAL
RIGHTS. DEPUTY JESSAQUA ATTLESEY
CONTINUES TO WILLFULLY, KNOWINGLY,
AND INTENIONALLY ESCLATING THE FATAL,
MORTAL DANGER ON THIS STOP TO
EXECUTE ME.

15. WHILE IN HER PATROL VEHICLE
DEPUTY ATTLESEY STATES ON BODY
WORN CAMERA. "THIS PYSCOPATH IS
GETTING OFFED" PROVING HER INTENTION
WAS AND IS, TO EXECUTE ME.
I BELIEVE IT CAN BE PROVEN ON
ACTIONS ALONE, THIS DEPUTY IS
IMPAIRED FROM A CONTROLLED SUBSTANCE.

16. THIS IS WHEN DEPUTY ATTLESEY IS VIEWED TO BE CALLING DEPUTY JON DOE TO THE STOP. IN A ATTEMPT TO FOLLOW THROUGH WITH HIS THREAT TO KILL ME. ON THE MAY 3, 2023 BODY WORN CAMERA OF DEPUTY JON DOE. AT THE JIFFY LUBE ON 15180 BEAR VALLEY RD. IN THE CITY OF VICTORVILLE.

17. DEPUTY JESSAQUA ATTLESEY AGAIN TRIES TO GAIN ENTRY TO MY VEHICLE UNCONSTITUTIONALLY BY TELLING HER BACK UP TO ILLEGALLY UNLOCK MY DOOR. PROVING SHE HAD EVERY INTENT-ION TO SHOOT AND KILL ME. BY PROVOKING ME TO REACT TO HER REPEATED AND CONTINUOUS CIVIL RIGHTS VIOLA-TIONS.

18. DEPUTY ATTLESEY THEN BEGANS TO BANG ON MY WINDOW. WHILE TELLING HER BACK UP TO "STALL HIM", "STALL HIM". ANOTHER CLEAR CIVIL RIGHTS VIOLATION, INTENDED TO ESCALATE THIS CONFLICT TO DEADLY, LEATHEL LEVELS. I AM HORRIFIED AND TRAUMATIZED BY DEPUTY JESSAQUA ATTLE-SEY CRUEL AND UNUSUAL PUNISHMENT OVER AN EQUIPMENT VIOLATION.

9

19. DEPUTY CEASAR TEJADA ARRIVES ON THE SCENE ONE MINUTE AFTER DEPUTY JESSAQUA ATTLESEY RADIOS TO DISPATCH CODE 4. WITH IN SIXTY SECONDS MY WINDOW IS BROKEN AND I AM SLAMMED TO THE GROUND. CODE 4 IS COMMONLY USED TO NOTIFY OTHER DEPUTIES DO NOT PROVIDE ASSISTANCE.

20. DEPUTY JON DOE AND DEPUTY CEASAR TEJADA AND ONE OTHER DEPUTY ARE SEEN ON BODY CAMERA PLANTING DRUGS AND DRUG PARA- PHERNALIA INTO MY POCKETS. THIS IS TAMPERING WITH EVIDENCE AND UNCONSTITUTIONAL.

21. I AM TAKEN TO THE POLICE STATION TOLD IM D.U.I AND FORCED AGAINST MY WILL TO INGEST POISON FROM A WHITE STYROFOAM CUP. WHILE MY HANDS ARE CUFFED BEHIND MY BACK. THIS DEMANDS THE UNITED STATES GOVERNMENT SEEK PUNITIVE PROSECUTION.

10

22. I IMMEDIATELY FEAL NAUSEOUS,
DIZZY, MY SPEACH BECOMES INCOH-
ERENT. I CANT ARTICLATE MY
SENTENCES ANYMORE AND I FELL
A INTENSE PAIN IN MY HOLE
LOWER ABDOME. THIS TO ME, IS
COMPLETELY UNACCEPTABLE, AND NEVER
TO BE USED AGAINST INNOCENT AMERICANS.

23. WHEN I ARRIVED AT THE
HIGH DESERT DETENTION CENTER
AT 9438 COMMERCE WAY IN THE
CITY OF ADELANTO. I WAS TOLD
BY THE INTAKE NURSE THAT MY BLOOD
PRESSURE WAS CRITICLE. AND MY HEART
BEAT WAS TRIPPLE WHAT IS SHOULD
BE. PUTTING MY VITALS AT CRITICAL.

24. I ASKED TO BE TAKEN TO
THE HOSPITAL I WAS TOLD
OK, PUT INTO A CELL AND NEVER
RECIEVED MEDICAL ATTENTION. I WAS
NEVER ASK ABOUT MY ASSESSMENT
TO MY BODIES OBVIOUS REACTION
TO BEING POISONED. JUST LEFT TO
LAY IN HORRIFIC PAIN AND AGONY.

11

# V. CLAIMS

## Claim #1

1
2
3
4
25. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

5
26. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

FOURTH  AMENDMENT  & FOURTEENTH  AMENDMETS
WERE  VIOLATED  UNDER  42  U.S.C  §  1983,
§ 1985 , § 1986  28  U.S.C  §  1331, 1343
(1)(2),(3)  AND  (4)  18 U.S.C  §  1114

10
11
27. The above civil right was violated by the following Defendants:
*Insert ¶ #*

12
13
14
COUNTY  OF  SAN  BERNARDINO,  DEPUTY  JON  DOE
DEPUTY  CAESAR  TEJADA
DEPUTY  JESSAQUA  ATTLESEY                          .

15
*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

16
28. DEPUTY  JESSAQUA  VIOLATED  MY  4TH, 14TH  AMENDMENT  BY
*Insert ¶ #*
UNCONSTITUTIONALLY  EFFECTING  A  TRAFFIC  STOP. SHE
VIOLATED  4TH , 5TH , 8TH  AND  14TH  BY  ATTEMPTING  TO
KILL  ME. DEPUTY  JON  DOE  VIOLATED  4TH, 5TH, 8TH , 14TH
FASELY  IMPRISONING  ME, TELLING  ME  HE  WOULD  KILL
ME. AND  POISING  ME, TRYING  TO  PROSECUTE  ME  BY
COERCION. DEPUTY  CEASER  TEJADA  VIOLATED  MY  4TH,
14TH  BY  ILLEGALLY  SEARCHING , EXCESSIVE FORCE,

24
25
29. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

26
27
28
I REFUSE  TO  LEAVE  MY  HOUSE  DO  TO  EXTREME
POST-TRAUMATIC  STRESS, I  FEAR  RETALIATION, I  HAVE
EXTREME  SLEEP  DEPRIVATION,  I  LOST  MY  POTENTIAL
SCHOLARSHIP  AT  V.V.C , EXTREME  SOCIAL  ANXIETY.

12

Pro Se Clinic Form                          *Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

30. I AM ASKING THE COURT TO AWARD
*Insert ¶ #*
PUNITIVE DAMAGES FOR PYSICAL PAIN
& SUFFERING, MENTAL PAIN & SUFFERING,
ATTEMPTED MURDER, CIVIL RIGHTS DAMAGES.

31. I AM ASKING THE COURT TO AWARD
*Insert ¶ #*
COMPENSATORY DAMAGES. FOR GENERAL
DAMAGES & SPECIAL DAMAGES FOR
EXTREME CRUEL & UNUSUAL PUNISHMENT

32. I AM ASKING THE COURT TO AWARD
*Insert ¶ #*
TREBLE DAGAMES FOR MONEY THAT
WAS STOLE FROM ME BY THE
COUNTY OF SAN BERNARDINO

33. I AM ASKING FOR THE COURT TO
*Insert ¶ #*
AWARD COMPENSATORY DAMAGES FOR
THE LOST OF ENJOYMENT OF LIFE,
& PERMANENT MENTAL AND EMOTIONAL
DISTRESS & SUFFERING.

Dated: 3/25/25

Sign: _____

Print Name: WILFRED K LUCAS

13
*Page Number*

Pro Se Clinic Form

1

## **DEMAND FOR JURY TRIAL**

2

3       Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5                    Dated: _____3/25/25_____

6                    *Sign:* _____

7                    *Print Name:* WILFRED K LUCAS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28