WILFRED K. LUCAS
12127 MALL BLVD SUITE. A PMB.109
VICTORVILLE CA, 92392
ricocharges100@gmail.com
(442) 356-3818
PLAINTIFF. IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WILFRED K. LUCAS
PLAINTIFF
  V.S.
SAN BERNARDINO COUNTY, and
JESSAQUA ATTLESEY, and CEASAR
TEJADA, and ISREAL CUEVAS
DEFENDANT'S

CASE NO.:
5:25-CV-00762-FLA-JDE

PLAINTIFF'S OBJECTION TO THE DEFENDANTS MOTION TO COMPEL

HEARING
DATE: DECEMBER 11, 2025
TIME: 10:00 am
DEPT: COURTROOM 6A.

ASSIGNED TO:
HONORABLE FERNANDO L. ROCHA
UNITED STATES DISTRICT JUDGE

ASSIGNED TO:
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

-1-

PLAINTIFF WILFRED K. LUCAS OBJECTS TO THE DEFENDANT'S MOTION TO COMPEL ON THE GROUNDS. PLAINTIFF WILFRED K LUCAS HAS ALREADY GIVEN THE DEFENDANT SAN BERNARDINO COUNTY CONSEL ANSWERS TO THE INTERROGATORIES BY THE PROPOUNDING PARTY SET (1).

PLAINTIFF WILFRED K LUCAS HEREBY STATES THAT ON THE DATE OF SEPTEMBER 8, 2025 THE PLAINTIFF SCANNED AND EMAILED HAYDEN TRAVER OF THE SAN BERNARDINO COUNTY COUNSEL ANSWER TO INTERROGATORIES & REQUEST FOR PRODUCTION.

PLAINTIFF WILFRED K. LUCAS SUBMITTS THE FOLLOWING DOCUMENT TO SHOW PROOF IN GOODFAITH TO THE COURTS. PLAINTIFF ALSO STATES IN GOODFAITH I WILL ALWAYS ADHERE TO THE LAWS AND RULES OF THE FEDERAL RULES OF CIVIL PROCCEDURE, AND HAVE ALWAYS.

2

PLAINTIFF WILFRED K LUCAS SUBMITTS THE FOLLOWING DOCUMENTS TO THE COURTS.

<u>DOCUMENT NUMBER 1.</u>
- STAPLES RECEIPT SHOWING DATE AND LOCATION OF STAPLES ~~LOCATIO~~ CENTER OF THE DOCUMENTS IN QUESTION WERE SENT FROM

<u>DOCUMENT NUMBER 2.</u>
- SCREEN SHOT OF GMAIL ACCOUNT WITH NAMES OF ALL INDIVIDUALS THE EMAILS WERE RECEIVED BY. TIME AND DATE IT WAS SENT AND PDF SCAN OF DOCUMENTS

<u>DOCUMENT NUMBER 3</u>
- THESE ARE THE INTERROGATORIES HAYDEN TRAVER OF SAN BERNARDINO COUNTY COUNSEL RECEIVED. WE DISCUSSED THE INFO IN THE INTERROGATORIES

WILFRED K LUCAS
DATE: SEPTEMBER 18, 2025
EMAIL: nicocharges100@gmail.com
~~IN PRO PER~~

# Staples

Low price. Every item. Every day.
Store No: 1426
19201 A-Bear Valley Rd.
Apple Valley, CA, 92308
(760) 961-6472

262626 00 026 86629

Receipt #: 86629                              09/08/2025 16:33
SALE

| Qty | Pages | Description | Amount |
|---|---|---|---|
| 1 | 15 | Scan To Email - 2821514 | 9.00 N |
|   |   | - Black & White (11 pages) |  |
|   |   | - Color (4 pages) |  |
| 1 | 6 | Scan To Email - 2821514 | 3.60 N |
|   |   | - Black & White (6 pages) |  |

SubTotal                                               12.60
Standard Tax 8.75%                                      0.00
Total                                           USD $ 12.60

Cash Card #:************4624 [ S ]
Swipe
Auth No.: 000791

Balance remaining on card: $7.91

Please be aware that you are providing us with email addressees in order for Staples to provide the service you have requested. We will not be responsible for the mail or the attachments once they leave our own servers. We do not guarantee delivery, nor are we responsible for the typographical errors

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

## Major savings ahead!

---

### $20 OFF
custom print orders of $100 or more.

**Coupon code: 23779**

Valid in Staples® U.S. stores, online at staples.com/services/printing, or in the Staples app. Not valid on weddings.staples.com. Excludes courier/delivery fees. While supplies last. Excludes business services, direct mail, shredding, shipping services, postage stamps, promotional products, scanning, faxing, self-service printing, self-service scanning, self-service faxing, custom checks and forms, engraved desk, door and wall signs, and computer workstation rentals. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied at checkout. Coupon not valid if purchased or sold and must be presented to associate if purchased in store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Business℠ In-store Purchase Program. Coupon value applied pre-tax. Expires 9/13/25.

**Staples**

---

### $125 OFF
custom print orders of $350 or more.

**Coupon code: 83776**

Valid in Staples® U.S. stores, online at staples.com/services/printing, or in the Staples app. Not valid on weddings.staples.com. Excludes courier/delivery fees. While supplies last. Excludes business services, direct mail, shredding, shipping services, postage stamps, promotional products, scanning, faxing, self-service printing, self-service scanning, self-service faxing, custom checks and forms, engraved desk, door and wall signs, and computer workstation rentals. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied at checkout. Coupon not valid if purchased or sold and must be presented to associate if purchased in store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Business℠ In-store Purchase Program. Coupon value applied pre-tax. Expires 9/13/25.

**Staples**

---

### APP-ONLY DEAL
### 20% OFF
UPS® express shipping services.



Valid in Staples® U.S. stores only on UPS express shipping services. Coupon only available on the Staples® app and must be presented at checkout. May not be valid in combination with other coupons. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Not valid on prior purchases or purchases made with Staples Business℠ In-store Purchase Program. No cash/credit back. One-time use only. Redeemed coupons cannot be made available for reuse. Coupon value applied pre-tax. Expires 11/1/25.

**Staples**

2529111



Wilfred K. Lucas
12127 MALL BLVD. STE. A P.M.B.
Victorville Ca, 92392
Phone: (442) 251-9800
Email:
PRO SE

Plaintiff WILFRED K. LUCAS in Pro Per [erroneously served interrogatories as Plaintiff "DEANNA BONDS"],
Plaintiff WILFRED K. LUCAS objects to all interrogatories on the grounds that Defendant SAN BERNARDINO COUNTY [erroneously served incorrect interrogatories intended for DEANNA BONDS]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFRED K. LUCAS,<br><br>Plaintiff, VS.<br><br>SAN BERNARDINO COUNTY, and JESSAQUA ATTLESEY, and CESAR TEJEDA, and ISREAL CUEVAS<br>Defendant's | CASE NO.: 5:25--00762-FLA-JDE<br><br>**INTERROGATORIES (SET ONE) PROPUNDED BY DEFENDANT SAN BERNARDINO COUNTY TO PLAINTIFF WILFRED K. LUCAS** |

ASSIGNED TO:

HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

REFERRED TO:

HONORABLE JOHN D. EARLY
UNITED STATES DISTRICT JUDGE

Wilfred K. Lucas
12127 Mall BLVD. STE. A P.M.B. 109
Victorville Ca, 92392
Phone: (442) 251-9800
Email: ricocharges100@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILFRED K. LUCAS,

           Plaintiff,

vs.

SAN BERNARDINO COUNTY, and

JESSAQUA ATTLESEY, and CESAR TEJEDA,

and ISREAL CUEVAS,

           Defendant

Case No.: 5:25-cv-00762-FLA-JDE

**RESPONSE AND OBJECTIONS TO INTERROGATORIES**

PROPOUNDING PARTY:   SAN BERNARDINO COUNTY

RESPONDING PARTY:   WILFRED K. LUCAS

SET NUMBER:   One (1)

INTERROGATORIES

INTERROGATORY NO. 1:

    If YOU contend YOUR civil rights were infringed as a result of the INCIDENT, state all facts that support this contention.

ANSWER TO INTERROGATORY NO. 1:

—4—

RESPONSE AND OBJECTIONS TO INTERROGATORIES


ON MAY 3, 2023 DEFENDANT ISREAL CUEVAS PHYSICALLY ASULTED ME BY STRIKING, THE PLAINTIFF WILFRED K LUCAS IN MY FACE. AT THE SAME TIME SNATCHING MY SUNGLASSES OF MY FACE. AFTER BEING ASSULTED I TURNED TO THE DEFENDANT BACK UP AND ASKED HIM TO ARREST ISREAL CUEVAS FOR ASSULT. THE DEPUTY REEPLIED YOUR TO BIG FOR THAT TO HAVE HURT.
FIVE MINUTES AFTER THAT THE DEFENDANT ISREAL CUEVAS THEN TOLD ME I WAS ON PAROL THEN SLAMMED ME ONTO HIS POLICE CRUISER AND ARRESTED ME FOR A PAROL VIOLATION. AFTER TEN TO FIFTEEN MINUTES I WAS UNCUFFED AND RELEASED FROM THE BACK OF THE POLICE VEHICLE, AND FORCED TO PREFORM FEILD SOBRIETY TEST. I NEVER RECIEVED HELP FOR THE PROBLEM AT JIFFY LUBE.
AFTER BEING CLEARED OF ANY WRONG DOING ISREAL CUEVAS THEN STEALS A NUMBER OF DIFFRENT ITEMS FROM ME, INCLUDING THE MONEY USED TO PAY FOR THE OIL CHANGE. I DROVE TO HESPERIA POLICE DEPT TO NOTIFY LAW ENFORCEMENT I WANTED TO FILE A POLICE REPORT. HESPERIA TOOK NO REPORT & INSTEAD GAVE ISREAL CUEVAS MY PHONE NUBERE AND ADDRESS. AFTER RECIEVING MY STOLEN PROPERTY. ISREAL CUEVAS THAN DRIVES TO JIFFYLUBE TO CONFRONT ME. THIS IS WHEN ISREAL CUEVAS THREATEN MY LIFE.

—8—

**RESPONSE AND OBJECTIONS TO INTERROGATORIES**

ON DECEMBER 15, 2023 PLANTIFF WAS STOPED UNLAWFULLY BY JESSAQUA ATTLESEY THE DEFENDANT. THE DEFENDANT RACIALLY PROFILED ME WHEN EFFECTING THE TRAFFIC STOP. THE DEFENDANT THEN LIES ABOUT THE REASON FOR THE STOP. VIOLATING MY CONSTITUTION RIGHTS. THE DEFENDANT JESSAQUA ATTLESEY THEN TRIES TO GAIN ENTRY TO MY VEHICLE ILLEGALLY. THE DEFENDANT THEN ILLEGALLY DENIES ME THE RIGHT TO PRODUCE I.D. THE DEFENDANT FORCES ME TO DIG ARROUND IN A DARK VEHICLE FOR PHOTO I.D. THE DEFENDANT THAN MAKE A RACIALLY MOTIVATED REMARK TWICE. JESSAQUA ATTLESEY THEN PROCEEDS TO MUTE HER BODY CAMERA, AND CALL ISREAL CUEVAS TO THE TRAFFIC STOP. DEFENDANT ATTLESEY THEN TELLS HER BACK UP TO UNLOCK MY DOORS TO ILLEGALLY GAIN ENTRY TO MY VEHICLE. JESSAQUA ATTLESEY TELLS HER BACKUP TO STALL ME AT THE SCENE. ISREAL CUEVAS AND CESAR TEJEDA ARRIVE ON SCENE BREAK MY WINDOW & PULL ME FROM THE VEHICLE. JUSTIN TOMASELLO & ISREAL CUEVAS PLANT DRUGS & DRUG PARAPHERNALIA IN MY POCKETS. IM A TAKEN TO THE POLICE STATION IN VICTORVILLE. THIS IS WHEN JESSAQUA ATTLESEY FORCES ME TO DRINK AN UNKNOWN SUBSTANCE FROM A WHITE STYROFOAM CUP WHILE MY HANDS ARE CUFFED BEHIND MY BACK.

-6-

**RESPONSE AND OBJECTIONS TO INTERROGATORIES**

INTERROGATORY NO. 2:

If YOU contend YOUR civil rights were infringed as a result of the INCIDENT, identify the names, addresses, and phone numbers of all persons who may have information pertaining to this alleged civil rights infringement.

ANSWER TO INTERROGATORY NO. 2:

PLAINTIFF, WILFRED K LUCAS CONTEND ALL INDIVIDUALS LISTED BELOW VIOLATED THE PLAINTIFF'S CIVIL RIGHTS.

• INDIVIDUALS - WITHIN: SAN BERNARDINO COUNTY SHERIFF'S DPT.
- JESSAQUA ATTLESEY-; • CESAR TEJEDA •
• JUSTIN TOMASSELLO; - ISREAL CUEVAS -
ADDRESS: 14200 AMARGOSA, RD VICTORVILLE Ca 92392
PHONE: (760) 241-2911

• INDIVIDUALS WITHIN: SAN BERNARDINO INTERNAL AFFAIRS DIVISION
SHERIFF-CORONER: SHANNON D. DICUS
LEEUTENANT: EDDIE PAUL
DETECTIVE: ZACHARY RUGGE
ADDRESS: 655 E 3RD ST, SAN BERNARDINO Ca, 92415
PHONE: (909) 387-3726

• INDIVIDUALS WITHIN: SAN BERNARDINO SUPERIOR COURT OF VICTORVILLE
JUDGE: KORY MATHEWSON
JUDICAL OFFC: ZAHARA ARREDONDO
JUDICAL ASS: GABY YEDEZ
COMMISIONER: SUSAN F. SLATER
DISTRICT ATT: DANEIL FESTER
PUBLIC DEF: GURJIT SINGH

ADDRESS
14455 CIVIC DR. SUITE 200
VICTORVILLE Ca 92392
PHONE: (760) 245-6215

-7-

RESPONSE AND OBJECTIONS TO INTERROGATORIES

INTERROGATORY NO. 3:

If YOU content that any official policies or customs of the Defendants caused YOU to be subjected to a civil rights violation, identify the names, addresses, and phone numbers of all persons supporting this contention.

ANSWER TO INTERROGATORY NO. 3:

PLAINTIFF HAS NOT BEEN GIVEN SUFFICIENT INFORMATION FROM THE PROPOUNDING PARTY THROUGH RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

FURTHERMORE PLAINTIFF REQUEST FROM THE DEFENDANT SAN BERNARDINO COUNTY INFORMATION ON THE SAN BERNARDINO COUNTY SHERIFF'S POLICIES AND PROCEDURES. PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT INFORMATION PROCURED LATER ON IN A MORE COMPREHENSIVE INVESTIGATION.

- 8 -

RESPONSE AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 4:**

State with specificity the type and amount of any damages YOU have sustained as a result of the INCIDENT.

**ANSWER TO INTERROGATORY NO. 4:**

PLAINTIFF OBJECTS TO INTERROGATORY NO. 4: DUE TO THE VAGUE AND AMBIGUITY OF THE INTERROGATORY. PLAINTIFF RESERVES HIS RIGHT TO SUPPLEMENT A MORE COMPREHENSIVE ANSWER, AT A LATER DATE AND TIME.

**INTERROGATORY NO. 5:**

Identify the name, addresses, and phone numbers of all persons supporting the type and amount of damages YOU sustained as a result of the INCIDENT.

**ANSWER TO INTERROGATORY NO. 5:**

PLAINTIFF CAN NOT GIVE AN ANSWER TO INTERROGATORY NO. 5: ON THE GROUNDS THE PLAINTIFF HAS NOT BEEN GIVEN SUFFICIENT TIME TO CONDUCT A COMPREHENSIVE AND DETAILED INVESTIGATION INTO THE MATTER.

**INTERROGATORY NO. 6:**

Identify all DOCUMENTS pertaining to the type and amount of damages YOU sustained as a result of the INCIDENT.

**ANSWER TO INTERROGATORY NO. 6:**

PLAINTIFF CAN NOT GIVE AN ANSWER TO INTERROGATORY NO. 6: ON THE GROUNDS ALL DOCUMENTS AND INFORMATION HAS NOT BEEN COLLECTED AND CALCULATED AS OF THE PRESENT DAY.

- 9 -

**RESPONSE AND OBJECTIONS TO INTERROGATORIES**

1  INTERROGATORY NO. 7:
2          Itemize in complete detail any and all monies expended or expenses incurred, including the
3  amount paid and/or owed for hospitals, doctors, nurses, diagnostic tests, or health care providers, x-rays,
4  medicine, or other care YOU claim arise from the subject INCIDENT and/or for which YOU are
5  seeking reimbursement in this case.
6  ANSWER TO INTERROGATORY NO. 7:
7     PLAINTIFF CAN NOT PROVIDE AN ITEMIZED LIST OF
8  MONIES WHICH HAVE BEEN INCURRED DO TO THE INCIDENT.
9  ON THE GROUNDS THE PLANTEFF HAS AND WILL CONTINUE
10 TO DO HIS DO DILIGENCE TO OBTAIN ACESS TO THIS
11 INFORMATION, AND SHARE THE EXPENSE INFORMATION
12 WITH THE PROPOUNDING PARTY SAN BERNARDINO COUNTY.
13    FURTHERMORE PLAINTIFF MUST INVOKE THE
14 RIGHT TO SUPPLY AND SUPPLEMENT EXSPENSE
15 ITEMIZATION AT A LATER TIME AND DATE.
16
17 INTERROGATORY NO. 8:
18         State all the facts to support YOUR allegation that YOU suffered post-traumatic stress due to the
19 INCIDENT.
20 ANSWER TO INTERROGATORY NO. 8:
21    PLAINTIFF CAN NOT GIVE A ANSWER TO INTERROGATORY
22 NO. 8: ON THE GROUNDS HAS NOT BEEN GIVEN
23 ACESS TO THE MEDICAL RECORDS WHICH
24 COULD CORROBORATE PLAINTIFF'S CLAIMS OF POST-
25 TRAUMATIC STRESS.
26    FURTHERMORE PLAINTIFF DOES NOT HAVE A MEDICAL
27 BACKGROUND AND CAN NOT GIVE A ANSWER TO THE
28 INTERROGATORY.           -10-

**RESPONSE AND OBJECTIONS TO INTERROGATORIES**

INTERROGATORY NO. 9:

Identify the name, addresses, and phone numbers of all persons supporting YOUR allegations that YOU suffered post-traumatic stress due to the INCIDENT.

ANSWER TO INTERROGATORY NO. 9:

PLAINTIFF CAN NOT GIVE AN ANSWER TO INTERROGATORY NO. 9: DUE TO THE VAGUENESS OF THE INTERROGATORY.

FURTHERMORE PLAINTIFF ADD'S THAT THE INTERROGATORIES IS LACKING OF REASON.

PLAINTIFF MUST CONTEND THAT OUTSIDE OF A MEDICAL PROFESSIONAL'S DIAGNOSIS, THE TESTIMONY YOU SEEK WOULD BE DEEMED AS HEARSAY AND RULED INADMISSIBLE.

PLAINTIFF MUST INVOKES THE RIGHT TO SUPPLEMENT A ANSWER TO INTERROGATORY NO. 9: AT A LATER DATE AND TIME. PROVIDED A MORE REASONABLE QUESTION IS PRESENTED.

PLAINTIFF ASKS OF THE PROPOUNDING PARTY. DOES IT MEAN THAT YOUR ASKING THE PLAINTIFF FOR FRIENDS, FAMILY, COMMUNITY OR MEDICAL PROFESSIONALS.

INTERROGATORY NO. 10:

State all the facts to support YOUR allegations that YOU lost a potential scholarship due to the INCIDENT.

-14-

RESPONSE AND OBJECTIONS TO INTERROGATORIES

ANSWER TO INTERROGATORY NO. 10:

PLANTIFF STATES THAT ON JANUARY, 3, 2024, PLAINTIFF BEGAN SPEAKING WITH THE AUTHLETICS DIRECTOR ARTIE ALLEN. I WAS GIVEN A PHYISCAL REGIMENT TO BEGAN TRAINING TO MAKE TRYOUTS WHICH STARTED IN APRIL. PLAINTIFF BEGAN PHYSICAL WORKOUTS WITH HEAD COACH WILLIAM FUNN AND ASS. COACH LAVIEL PICKETT. PLAINTIFF BEGAN WRITTING AN ESSAY FOR ELIGIBILITY TO QUALIFY FOR A SCHOLARSHIP AT VICTORVALLY COLLEGE.

PLANTIFF RESERVES THE RIGHT 10 SHOW PHYSCIAL DOCUMENTS TO PROPOUNDING THROUGH A INPERSON MEET AND CONFER.

INTERROGATORY NO. 11:

Identify the name, addresses, and phone numbers of all persons supporting YOUR allegations that YOU lost a potential scholarship due to the INCIDENT.

ANSWER TO INTERROGATORY NO. 11:

PLAINTIFF'S LIST OF NAMES SUPPORTING LOSS OF POTENTIAL SCHOLORSHIP.

FUND DEVELOPMENT MANAGER: EMAIL: IRENE.MOLINAR@vvc.edu
- IRENE MOLINAR-SANTOS : PHONE:(760) 245 4271 EXT 2741

FISCAL SERVICE SUPERVISOR: EMAIL: amber.watson@vvc.edu
- AMBER WATSON: PHONE:(760) 245 4271 EXT. 2251

FISCAL SPECIALIST: EMAIL: Cathy.Hussing@vvc.edu
- CATHY HUSSING: PHONE: (760) 245 4271 EXT 2745

MENS HEAD COACH: EMAIL: william.funn.@vvc.edu
- WILLIAM FUNN: PHONE: (760) 245 4271 EXT 2375

- 12 -

RESPONSE AND OBJECTIONS TO INTERROGATORIES

1  <u>MENS ASSISTANT COACH:</u>   EMAIL: laviel.pickett@vvc.edu
2  LAVIEL PICKETT:   PHONE: (760) 245-4271 EXT 2375
3  <u>ATHLETICS DIRECTOR:</u>   EMAIL: artie.allen@vvc.edu
4  ARTIE ALLEN   PHONE: (760) 245-4271 EXT 2462
5  <u>INTERROGATORY NO. 12:</u>
6  Identify the name, address, and telephone number of YOUR present employer and/or place of
7  employment; and every employer/place of employment YOU have held from the five years before this
8  INCIDENT.
9  <u>ANSWER TO INTERROGATORY NO. 12:</u>
10  PLAINTIFF DOES NOT HAVE EMPLOYMENT TO
11  DISCLOSE. EMPLOYMENT HISTORY GOES FURTHER
12  BACK THAN LAST FIVE YEARS.
13  <u>INTERROGATORY NO. 13:</u>
14  Identify if YOU have ever been convicted of a felony. If so, for each felony conviction please
15  state: (a) the city and state of conviction; (b) the date of the conviction; (c) the offense; and (d) the court
16  and case number.
17  <u>ANSWER TO INTERROGATORY NO. 13:</u>
18  PLAINTIFF HAS NEVER BEEN ARRESTED FOR A
19  FELONY NOR HAS THE PLAINTIFF EVER BEEN
20  TRIED OR CONVICTED OF A FELONY. PLAINTIFF
21  HAS NO FELONIES TO DISCLOSE.
22  <u>INTERROGATORY NO. 14:</u>
23  Identify all facts to support your allegation the audio recordings of the INCIDENT, provided by
24  Defendant as part of its Rule 26 disclosures as "Deputy Isreal Cuevas Audio Belt Recording (1).MP3";
25  "Deputy Isreal Cuevas Audio Belt Recording (2).MP3"; and "Deputy Isreal Cuevas Audio Belt
26  Recording (3).MP3" do not accurately portray the INCIDENT and/or have been tampered with or
27  altered.
28  -13-

**RESPONSE AND OBJECTIONS TO INTERROGATORIES**

ANSWER TO INTERROGATORY NO. 14:

PLAINTIFF CAN ONLY ANSWER INTERROGATORY NO. 14: BY SAYING THE THREE DEPUTIES ON THE SCENE AT JIFFY LUBE ON MAY 3, 2023. ALL DEPUTIES HAD ON BODY WORN CAMERAS. THOES BODY CAMERAS HAVE BEEN DESTROYED. IF THREE DIFFRENT BODY WORN CAMERAS WERE DESTROYED, THE AUDIO WAS TAMPERED WITH. NO DEPUTY DESTROYES VIDEO TO PRESENT AUDIO AS THE ONLY RECORDING OF THE INCIDENT. PLUS THE DEPUTY DESTROYED OTHER VIDEOS OF THE INCIDENT. VIDEOS WERE DESTROYED TO PRESENT AUDIO.

INTERROGATORY NO. 15:

Identify the name, addresses, and phone numbers of all persons supporting YOUR allegations that the audio recordings of the INCIDENT, provided by Defendant as part of its Rule 26 disclosures as "Deputy Isreal Cuevas Audio Belt Recording (1).MP3"; "Deputy Isreal Cuevas Audio Belt Recording (2).MP3"; and "Deputy Isreal Cuevas Audio Belt Recording (3).MP3" do not accurately portray the INCIDENT and/or have been tampered with or altered.

ANSWER TO INTERROGATORY NO. 15:

PLAINTIFF LIST OF ALL PERSONS WHOM SUPPORT THE AUDIO DO NOT ACCURATELY PORTRAY THE INCIDENT OR HAVE BEEN TAMPERED WITH. OR ALTERED.

ISREAL CUEVAS,  
JESSAQUA ATTLESEY,  
CESAR TEJEDA,  
JUSTIN TOMASELLO

ADDRESS:  
14455 AMARGOSA RD  
VICTORVILLE CA 92392  
PHONE: (760) 241-2911

-14-

RESPONSE AND OBJECTIONS TO INTERROGATORIES

1  INTERROGATORY NO. 16:

2  Identify all facts supporting your allegations that the video recordings of the INCIDENT, provided by the Defendant

3  as part of its Rule 26 disclosures as

4  "Axon_Body_3_Video_2023-12-15_0236_X60AD184B.mp4"

5  "Axon_Body_3_Video_2023-12-15_0331_X60AD184B.mp4"

6  "G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC.mp4";

7  "G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-2.mp4";

8  "G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-3.mp4";

9  "G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-4.mp4";

10 "G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-5.mp4";

11 "I5414_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC.mp4";

12 "I7912_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC.mp4";

13 "I8677_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC.mp4"

14 ANSWER TO INTERROGATORY NO. 16:

PLAINTIFF CAN NOT GIVE A ANSWER TO INTERROGATORY NO. 16: DUE TO THE FACT THESE VIDEOS ARE HEAVELY EDITED. PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT AN ANSWER AT A LATER TIME AND DATE, WHEN UNEDITED VERSIONS OF THE VIDEOS ARE MADE AVAILABLE TO THE PLAINTIFF BY THE DEFENDANT SAN BERNARDINO COUNTY COUNSEL.

-15-

RESOPNSE AND OBJECTION TO INTERROGATORIES

INTERROGATORY NO. 17:

Identify the name, address, and phone numbers of all persons supporting your allegations that the video recordings of the INCIDENT, provided by the Defendant as part of Rule 26 disclosures as

"Axon_Body_3_Video_2023-12-15_0236_X60AD184B.mp4"

"Axon_Body_3_Video_2023-12-15_0331_X60AD184B.mp4"

"G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC.mp4";

"G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-2.mp4";

"G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-3.mp4";

"G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-4.mp4";

"G9801_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC-5.mp4";

"I5414_DUI_ROY_ROGERS_DR_CIVIC_DR,_VVC.mp4";

ANSWER TO INTERROGATORY NO. 17:

PLAINTIFF CAN NOT GIVE A ANSWER TO INTERROGATORY NO. 17: DUE TO THE FACT PROPOUNDING PARTY SAN BERNARDINO COUNTY HAS PROVIDED HEAVILY EDITED VIDEOS.

PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT A ANSWER AT A LATER TIME AND DATE, WHEN UNEDITED VERSIONS OF THE VIDEOS ARE PROVIDED TO THE PLAINTIFF BY THE DEFENDANT SAN BERNARDINO COUNTY COUNSEL.

-16-

RESOPNSE AND OBJECTION TO INTERROGATORIES

DATED: SEPTEMBER 8, 2025

WILFRED K. LUCAS

Wilfred K. Lucas

IN PRO PER

-17-

RESPONSE AND OBJECTIONS TO INTERROGATORIES